

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**PRO HAC VICE APPLICATION, ECF REGISTRATION AND CONSENT TO ELECTRONIC SERVICE, PROPOSED ORDER**

United States of America    Plaintiff(s),

v.                                                    Case No.   06 mj 021

Lauren Weiner           Defendant(s).

I, __Jeffrey S. Weiner, Esquire__,

attorney for __Lauren Weiner__,

hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule 83-180(b)(2). I understand and consent to ECF Registration and Electronic Service as detailed below and I have submitted payment in the amount of $180.00 to the Clerk, U.S. District Court. In support of this petition, I state under penalty of perjury that:

My business address is:

| Field | Value |
|---|---|
| Firm Name: | Weiner & Ratzan, P.A. |
| Address: | 9130 So. Dadeland Blvd, Suite 1910 |
| City: | Miami |
| State: | Florida   ZIP Code: 33156 |
| Voice Phone: | ( 305 ) 670-9919 |
| FAX Phone: | ( 305 ) 670-9299 |
| Internet E-mail: | lawfirm@jeffweiner.com |
| Additional E-mail: | |
| I reside in City: | Miami    State: Florida |

I was admitted to practice in the __Illinois and Florida Supreme Courts__ (court) on __1974 /and the U.S. Supreme Court in 1981__ (date). I am presently in good standing and eligible to practice in said court. I am not currently suspended or disbarred in any other court.

I have (have not) concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____

_____

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the court's ECF system:

Name: David W. Dratman, Esq.

Firm Name: _____

Address: 1007 7th Street, Suite 305

City: Sacramento

State: California    ZIP Code: 95814

Voice Phone: ( 916 ) 443-2000

FAX Phone: ( 916 ) 443-0989

E-mail: dwdratman@aol.com

Dated: 1-20-06         Petitioner: [signature]

ORDER

IT IS SO ORDERED.

Dated: Jan. 26, 2006

GREGORY G. HOLLOWS
JUDGE, U.S. DISTRICT COURT