FILED
January 31, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,       )
                                )     Case No. CR.S-06-0035-MCE
            Plaintiff,          )
v.                              )     ORDER FOR RELEASE OF
                                )     PERSON IN CUSTODY
LAUREN WEINER,                  )
                                )
            Defendant.          )
_____)

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release  LAUREN WEINER , Case No.  CR.S-06-0035-MCE , Charge __ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __  Release on Personal Recognizance

    ✔   Bail Posted in the Sum of $__

        __  Unsecured Appearance Bond

        __  Appearance Bond with 10% Deposit

        __  Appearance Bond with Surety

        __  Corporate Surety Bail Bond

    ✔   (Other)        Pretrial Conditions as stated on the record.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  January 31, 2006  at  2:09 pm .

                            By  /s/ Gregory G. Hollows
                            _____
                            Gregory G. Hollows
                            United States Magistrate Judge

Copy 5 - Court