1  MARK J. REICHEL, Bar #155034
   Attorney At Law
2  655 University Ave., Suite 215
   Sacramento, California  95825
3  Telephone: (916) 974-7033

4  Attorney for Defendant
   ERIC MCDAVID

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,     )  NO.2:06-cr-0035-MCE
                                 )
12            Plaintiff,         )  **STIPULATION TO CONTINUE STATUS**
                                 )  **CONFERENCE DATE; ORDER THEREON**
13     v.                        )
                                 )  DATE: March 7, 2006
14                               )  TIME: 8:30 a.m.
   ERIC MCDAVID, et al.,         )  JUDGE: HON. MORRISON C. ENGLAND
15                               )
                                 )
16            Defendants.        )
   _____)
17

18     **IT IS HEREBY STIPULATED** by and between the parties hereto through

19 their respective counsel, ELLEN V. ENDREZZI, Assistant United States

20 Attorney, attorney for Plaintiff, and MARK J. REICHEL, Esq., attorney

21 for defendant MCDAVID, DAVID W. DRATMAN, Esq., local counsel for

22 defendant WEINER, CHRISTOPHER HAYDENMEYER, Esq., attorney for defendant

23 Jenson, that the present date for the status hearing of February 14,

24 2006 be vacated and re calendared for March 7, 2006.

25     This continuance is requested as all defense counsel need adequate

26 time to prepare for the case.  All defense counsel have received a

27 large number of audio tape recordings as well as video tape recordings

28 of the undercover investigation. Defense counsel desire to review

1  discovery in preparation and investigation of the case.  Additional
2  legal research also needs to be performed and defense counsel may have
3  to obtain and review pertinent records.
4     Accordingly, all counsel and defendants agree that time under the
5  Speedy Trial Act from the date this stipulation is lodged, through
6  March 7, 2006, should be excluded in computing the time within which
7  trial must commence under the Speedy Trial Act, pursuant to Title 18
8  U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

DATED: February 17, 2006.           Respectfully submitted,

                                    MARK J. REICHEL, ESQ.

                                    /s/ MARK J. REICHEL
                                    MARK J. REICHEL
                                    Attorney for Eric McDavid

                                    DAVID W. DRATMAN, ESQ.

                                    /s/MARK J. REICHEL for
                                    DAVID W. DRATMAN, ESQ
                                    Attorney for Lauren Weiner

                                    CHRIS HAYDENMEYER, ESQ.

                                    /s/ MARK J. REICHEL for
                                    CHRIS HAYDENMEYER
                                    Attorney for Zach Jensen

                                    McGREGOR W.  SCOTT
                                    United States Attorney

DATED: February 17, 2006.           /s/MARK J. REICHEL for:
                                    ELLEN V. ENDREZZI
                                    Assistant U.S. Attorney
                                    Attorney for Plaintiff

///
///
///
///
///

2

# O R D E R

**IT IS SO ORDERED.** Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

DATED: February 16, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE