UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:06-cr-0035-MCE |
| Plaintiff, | |
| v. | **RELATED CASE ORDER** |
| ERIC McDAVID, ZACHARY JENSON, and LAUREN WEINER, | |
| Defendants. | |
| ERIC McDAVID, | No. 2:06-cv-0638-DFL-GGH |
| Plaintiff, | |
| v. | |
| THE COUNTY OF SACRAMENTO, LOU BLANAS, Sheriff of Sacramento County, an individual, UNITED STATES MARSHALS SERVICE, and ANTHONY AMADOR, United States Marshal of the Eastern District of California, | |
| Defendants. | |

///

///

1

1    Examination of the above-entitled actions reveals that the
2 cases are related within the meaning of Local Rule 83-123(a)
3 (E.D. Cal. 1997).  The actions would entail a substantial
4 duplication of labor if heard by different judges.  Accordingly,
5 the assignment of the matters to the same judge is likely to
6 effect a substantial savings of judicial effort and is also
7 likely to be convenient for the parties.
8    IT IS THEREFORE ORDERED that the action denominated 2:06-cv-
9 0638-DFL-GGH, <u>Eric McDavid v. The County of Sacramento, et al.</u>,
10 is reassigned to Judge Morrison C. England, Jr. and Gregory G.
11 Hollows for all further proceedings, and any dates currently set
12 in this reassigned case only is hereby VACATED.  The parties are
13 referred to the attached Order Requiring Joint Status Report.
14 Henceforth, the caption on documents filed in the reassigned case
15 shall be shown as 2:06-cv-0638-MCE-GGH.
16    IT IS FURTHER ORDERED that the Clerk of the Court make
17 appropriate adjustment in the assignment of civil cases to
18 compensate for this reassignment.
19    IT IS SO ORDERED.
20 DATED: March 29, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2