Shari Rusk, Bar No. 170313
Attorney at Law
1710 Broadway, #111
Sacramento, California 95818
Tel: (916) 804-8656
Fax: (916) 443-1165
Email: Rusklaw@comcast.net

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | Case No.: CR.S. 06-035 MCE |
| Plaintiff, | AMENDED STIPULATION AND ORDER TO CONTINUE BRIEFING SCHEDULE |
| vs. | Court: Hon. Judge Morrison C. England |
| Eric McDavid, et. al., | Time: 8:30 a.m. |
| Defendants | Date: May 30, 2006 |

Defendants Eric McDavid, Lauren Weiner and Zachary Jenson are charged in a one count indictment alleging a violation of 18 U.S.C. § 844(n) – Conspiracy to Damage and Destroy Property by Fire and an Explosive. Approximately 2,000 pages of discovery have been produced thus far. Approximately 20 videotapes and 35 CD-roms have also been produced. The defense is in the process of reviewing the discovery and investigating a variety of issues. Some of the CD-roms and videotapes contain conversations with the informant and the defendants that are very difficult to hear. It has been necessary to listen to these tapes repeatedly in order to attempt to make out what the defendants were saying. It may be necessary to do some forensic work on the tapes to render them audible. These tapes cover conversations both in and outside the state of California, necessitating

investigation and interviewing of witnesses both in state and out of state.

In light of the substantial discovery, the seriousness of the charges and the need for investigation, the parties propose the following dates:

| | |
|---|---|
| Defense Motions: | June 27, 2006 |
| Government Opposition: | July 18, 2006 |
| Defense Reply: | August 10, 2006 |
| Hearing: | August 15, 2006. |

The parties agree that this case is complex and time should be excluded up to and including August 15, 2006 for defense preparation and investigation under 18 U.S.C. 3161(H)(8)(i) and local code T(4).

Dated: May 1, 2006          Respectfully submitted,


                            /s/__Shari Rusk_____
                              Shari Rusk
                              Attorney for Defendant
                              Zachary Jenson


Dated: May 1, 2006          /s/_SR for___Mark Reichel_____
                              Mark Reichel
                              Attorney for Defendant
                              Eric McDavid

Dated: May 1, 2006          /s/_SR for___Jeffery Weiner_____
                              Jeffrey Weiner
                              Attorney for Defendant
                              Lauren Weiner

Dated: May 1, 2006          /s/_SR for_Ellen Endrizzi_____
                              Ellen Endrizzi
                              Assistant United States Attorney

**ORDER**

IT IS SO ORDERED. The Court finds excludable time through August 15, 2006, based on Local Code T4, giving counsel reasonable time to prepare.

DATED: May 8, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE