1 MARK J. REICHEL, Bar #155034
Attorney At Law
2 655 University Ave., Suite 215
Sacramento, California  95825
3 Telephone: (916) 974-7033
mreichel@donaldhellerlaw.com
4

5 Attorney for Defendant
ERIC MCDAVID
6

7 IN THE UNITED STATES DISTRICT COURT

8 FOR THE EASTERN DISTRICT OF CALIFORNIA

9 UNITED STATES OF AMERICA,           )  NO. 2:06-cr-0035-MCE
                                     )
10              Plaintiff,            )  **STIPULATION AND ORDER ON**
                                     )  **FILING OF DISPOSITIVE PRETRIAL**
11       v.                           )  **MOTIONS**
                                     )
12                                    )
   ERIC MCDAVID, et al.               )  DATE: August 29, 2006
13                                    )  TIME: 8:30 a.m.
              Defendants.              )  JUDGE: HON. MORRISON C. ENGLAND
14                                    )
                                     )
15

16 _____

17 **IT IS HEREBY STIPULATED** by and between the parties hereto through

18 their respective counsel, R. STEVEN LAPHAM, Assistant United States Attorney,

19 ELLEN V. ENDREZZI, Assistant United States Attorney, attorney for Plaintiff, and

20 MARK J. REICHEL, Assistant Federal Defender, attorney for defendant McDavid,

21 SHARI RUSK, Esq., attorney for defendant Jenson, as follows: that the present date

22 for the filing of defense pretrial dispositive motions shall be re calendared for July

23 11, 2006, the government's opposition pleadings shall be filed on August 1, 2006,

24 and the defense reply August 15, 2006, with a hearing date of August 29, 2006 at

25 8:30 a.m.

26    This continuance is requested as all defense counsel need adequate time to
prepare for the filing of motions. Defense counsel will also speak with potential
27 witnesses, review discovery, in preparation and investigation of the case.

28

1 Additional legal research also needs to be performed and defense counsel may have
2 to obtain and review pertinent records.
3     Accordingly, all counsel and defendants agree that time under the Speedy
4 Trial Act from the date this stipulation is lodged, through July 11, 2006, and through
5 the date for the hearing, August 29, 2006, should be excluded in computing the
6 time within which trial must commence under the Speedy Trial Act, pursuant to Title
7 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4 and Local Code e regarding time
8 exclusion while motions are pending before the court.

10 DATED: July 7, 2006.          Respectfully submitted,

12                                /s/ MARK J. REICHEL
                                  MARK J. REICHEL
                                  Attorney for Defendant

14                                /s/MARK J. REICHEL for
                                  SHARI RUSK, ESQ
15                                Attorney for Defendant

16                                McGREGOR W.  SCOTT
                                  United States Attorney

18 DATED: July 7, 2006.           /s/MARK J. REICHEL for:
                                  R. STEVEN LAPHAM
                                  Assistant U.S. Attorney
19                                Attorney for Plaintiff

# O R D E R

**IT IS SO ORDERED.** Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4 and Local Code T2.   The currently scheduled hearing date of August 15, 2006 is vacated and reset for August 29, 2006 at 08:30 a.m.

DATED: July 6, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE