UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

MEMORANDUM

Honorable Morrison C. England, Jr.
United States District Judge
Sacramento, California

                                      RE:   Lauren WEINER
                                                 Zachary JENSON
                                                 Docket Number:  2:06CR00035
                                                 **SENTENCING STATUS**

Your Honor:

As the court is aware, Lauren Weiner and Zachary Jenson have pled guilty to charges filed in Indictment 2:06CR00035. Sentencing has been continued several times because co-defendant Eric McDavid is pending proceedings. I have been told that Weiner and Jenson will not be sentenced until the McDavid matter is resolved. Therefore, a presentence report has not been prepared.

Rather than continuing to file Judgment and Sentencing Continuances every few weeks, your courtroom deputy suggested we set a Status Re: Judgment and Sentencing date and decide at that juncture how best to proceed with this matter. Therefore, it is recommended that such a status date be set for June 26, 2007.

If you have any questions, please contact me at 916-930-4317.

                                                             Respectfully submitted,

                                                              LINDA L. ALGER
                                                             Senior United States Probation Officer

Dated: February 26, 2007
        Sacramento, California
        LLA/sda

**REVIEWED BY:**          
                            KAREN A. MEUSLING
                            Supervising United States Probation Officer

cc:    R. Steven Lapham                      Jeffrey Weiner
      Assistant United States Attorney     Shari Rusk
                                                     Defense Counsel

RE: Lauren Weiner and Zachary Jenson
Docket Number: 2:06CR00035
**SENTENCING STATUS**

AGREE: ✓ /s/ Morrison C. England, Jr.

DISAGREE: _____

DATE: 3/6/07

**MORRISON C. ENGLAND, JR.**
United States District Judge