IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,                                No. CR S-06-35 MCE

    vs.

ERIC McDAVID,

    Defendant.                              <u>ORDER</u>

_____/

        In an order filed March 27, 2007, the court agreed to review the presentence reports of co-defendants Zachary Jenson and Lauren Weiner in camera for any impeaching material once a trial date was set. Defendant's trial is now set for September 10, 2007; the sentencing date for his co-defendants is currently set for October 11, 2007.

        The court has learned that presentence reports for the co-defendants have not yet been prepared: there is nothing to review. Moreover, in light of the previous order directing the government to release the proffers and communications, the court declines to issue a further order.

        IT IS SO ORDERED.

DATED: September 5, 2007.

_____
U.S. MAGISTRATE JUDGE

2/mcda0035.dscx2

1