Jeffrey S. Weiner, Esquire
Attorney at Law
Florida Bar No. 185214
9130 S. Dadeland Boulevard
Suite 1910
Miami, Florida 33156
Tel: (305) 670-9919
Fax: (305) 670-9299
Email: lawfirm@jeffweiner.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| United States of America, | ) | Case No. 06-CR-0035 MCE |
|---|---|---|
| | ) | |
| Plaintiff, | ) | DATE: October 2, 2008 |
| | ) | TIME: 9:00 a.m. |
| vs. | ) | COURT: The Hon. Morrison C. |
| | ) | England, Jr. |
| Lauren Weiner, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## STIPULATION AND ORDER TO CONTINUE
## JUDGMENT AND SENTENCING

Lauren Weiner is currently scheduled to be sentenced on August 14, 2008. Assistant United States Attorney Steven Lapham, Assistant United States Attorney Ellen Endrizzi and United States Probation Officer Linda Alger agree with undersigned counsel for the Defendant and stipulate that Ms. Weiner's sentencing should be moved to October 2, 2008 at 9:00 a.m. That date is available with this court.

*United States of America v. Lauren Weiner*
Stipulation and Order to Continue Judgment
and Sentencing
Page 2

The parties request the following schedule, as suggested by United States Probation Officer Linda Alger:

| | |
|---|---|
| Informal Objections due: | September 11, 2008 |
| Final PSR Disclosed: | September 18, 2008 |
| Formal Objections/Sentencing Memorandums due: | September 25, 2008 |
| Judgment & Sentencing: | October 2, 2008 |

Dated: July 31, 2008        Respectfully submitted,

<u>/s/ Jeffrey S. Weiner, Esquire</u>
Attorney for Defendant
Lauren Weiner

## ORDER

It is so ordered that Lauren Weiner be set for judgment and sentencing on October 2, 2008 at 9:00 a.m.

DATED: August 4, 2008

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE