Jeffrey S. Weiner, Esquire
Attorney at Law
Florida Bar No. 185214
9130 S. Dadeland Boulevard
Suite 1910
Miami, Florida 33156
Tel:  (305) 670-9919
Fax: (305) 670-9299
Email: lawfirm@jeffweiner.com

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| United States of America, | Case No. 06-CR-0035 MCE |
| Plaintiff, | DATE: December 11, 2008 |
| vs. | TIME:   9:00 a.m. |
| Lauren Weiner, | COURT: The Hon. Morrison C. England, Jr. |
| Defendant. | |

**STIPULATION AND ORDER TO CONTINUE**

**JUDGMENT AND SENTENCING**

Lauren Weiner was scheduled to be sentenced on October 2, 2008. Assistant United States Attorney Steven Lapham, Assistant United States Attorney Ellen Endrizzi and United States Probation Officer Linda Alger agree with undersigned counsel for the Defendant and stipulate that Ms. Weiner's sentencing should be moved to December 11, 2008 at 9:00 a.m. That date is available with this court.

////

////

////

The parties request the following schedule, as suggested by United States Probation Officer Linda Alger:

```
Informal Objections due:            November 13, 2008
Final PSR Disclosed:                November 26, 2008
Formal Objections/Sentencing
Memorandums due:                    December 4, 2008
Judgment & Sentencing:              December 11, 2008
```

Dated: October 3, 2008

                    Respectfully submitted,

                    /s/ Jeffrey S. Weiner, Esquire
                    Attorney for Defendant
                    Lauren Weiner

Dated: October 3, 2008

                    /s/ R. Steven Lapham
                    Assistant U.S. Atttorney

**ORDER**

It is so ordered that judgment and sentencing as to Lauren Weiner currently set for October 9, 2009 at 9:00 a.m. be CONTINUED to December 11, 2008 at 9:00 a.m.

Dated: October 9, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE