Shari Rusk, Bar No. 170313
Attorney at Law
1710 Broadway, #111
Sacramento, California 95818
Tel: (916) 804-8656
Fax: (916) 443-1165
Email: Rusklaw@comcast.net

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | ) Case No. CR.S. 06-0035 MCE |
| Plaintiff, | ) |
| vs. | ) DATE:  November 20, 2008 |
| | ) TIME:  9:00 a.m. |
| Zachary Jenson, | ) COURT: Hon. Morrison C. England, |
| Defendant | ) Jr. |
| | ) |
| | ) Stipulation and Order To |
| | ) Continue Judgment & Sentencing |
| | ) |

  Zachary Jenson is currently scheduled to be sentenced on October 23, 2008.  The parties agree and stipulate that Mr. Jenson's sentencing should be moved to November 20, 2008 if that date is available with the Court.

  The parties request the following schedule:

   Informal Objections:     completed

   Final PSR Disclosed:     November 6, 2008

   Sentencing Memorandums:  November 13, 2008

   Judgment & Sentencing:   November 20, 2008


///

///

1

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| Dated: October 16, 2008 | Respectfully submitted, |
| | _/s/ Shari Rusk_____ <br> Shari Rusk <br> Attorney for Defendant <br> Zachary Jenson |
| Dated: October 16, 2008 | /s/ Ellen Endrizzi <br> Ellen Endrizzi <br> Assistant United States Attorney |

**ORDER**

It is so ordered that Zachary Jenson be set for judgment and sentencing on November 20, 2008.

DATED: October 22, 2008

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2

PDF created with pdfFactory trial version www.pdffactory.com