IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | | |
|---|---|---|
| United States of America, | ) | Case No. 06-CR-0035 MCE |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Lauren Weiner, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## MOTION TO EXONERATE BOND

1. Lauren Weiner, the defendant, was sentenced to time served, time supervised release for 36 months and a $100 special assessment in the above-captioned matter.

2. Her mother, Elizabeth L. Weiner, posted her home at 15 Hemlock Hill Road, Pound Ridge, New York 10576, as collateral for Lauren Weiner's bond.

3. Lauren Weiner hereby moves that the bond on the property be exonerated and that the Clerk of this Court be directed to file all appropriate documents releasing the collateral.

Dated this 24 day of February, 2009.

Respectfully submitted,

**/s/ Jeffrey S. Weiner, Esquire**
Attorney for Defendant, Lauren Weiner
Florida Bar No. 185214
9130 S. Dadeland Boulevard, Suite 1910
Miami, Florida 33156
Tel: (305) 670-9919 Fax: (305) 670-9299
Email: lawfirm@jeffweiner.com

*United States of America v. Lauren Weiner*
*Motion and Order Exonerating Defendant's Bond*
*Page 2*

## **ORDER EXONERATING DEFENDANT'S BOND**

It is HEREBY ORDERED and ADJUDGED that the bond in this case is hereby exonerated. The Clerk of Court is hereby directed to file all appropriate documents fully exonerating the bond posted in this case, including the real property in Pound Ridge, New York, belonging to the Defendant's mother, Elizabeth L. Weiner.

Dated:  February 25, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

C: Clerk of Court
   Jeffrey S. Weiner, Esquire
   Assistant United States Attorney Steve Lapham
   Mrs. Elizabeth L. Weiner